AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR AN ARREST WARRANT

I, Thomas J. Zukauskas being sworn, state:

**Introduction and Agent Background**

1.      I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for over eleven years. I am currently assigned to the Boston Division of the FBI in Boston, Massachusetts. More specifically, I am assigned to the Boston FBI Violent Crimes Task Force ("VCTF"), which comprises personnel of the FBI, Massachusetts State Police, and the Boston, Malden, Saugus, Dedham, and Somerville Police Departments.

2.      I am aware that Title 18, United States Code, Section 1951(a) makes it a crime to obstruct, delay, or affect commerce by forcefully taking or obtaining property by way of physical violence. I am further aware that Title 18, United States Code, Section 924(c) makes it a crime to use or carry a firearm during and in relation to a crime of violence.

3.      My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

4.      Having so said, I make this affidavit in support of a criminal complaint charging LUIS CINTRON, DOB XX/XX/1979, with robbery affecting commerce, in violation of Title 18, United States Code, Section 1951(a), and using a firearm during a crime of violence, in violation of Title 18, United States Code, Section 924(c).

5.      The facts stated herein are based on my own personal knowledge, as well as information provided to me by witnesses and other law enforcement involved in the investigation. In submitting this affidavit, however, I have not included each and every fact known to me about this investigation, but only the facts which I believe are sufficient to establish the requisite probable cause.

1

**Investigation**

6.      The facts in this affidavit come from my involvement in a broader, long-term investigation by the FBI targeting participants in at least fifteen convenience store armed robberies committed between December 28, 2017 and February 15, 2018 around the greater Boston area that appear to have been committed by the same suspects. Suspects in each robbery wore similar clothing, displayed similar weapons, and had the same modus operandi.  This affidavit is intended to show that there is probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

7.      The suspects conducted the robberies with two-man teams, wore covering garments from head to toe, and used facemasks depicting the image of a skull or skeleton. At least one suspect used a silver semi-automatic handgun with a black lower receiver. The suspects would enter the store, display the handgun to store workers and patrons, and typically place store occupants on the ground in a prone position. Suspects targeted store registers as well as the store's lottery collections and exited the premises within one to two minutes. Witnesses reported the individuals were white or Hispanic. The robbers took multiple victims' wallets and cell phones. During all fifteen robberies, at least one suspect displayed a handgun. At the robbery at the Shop Kwik at 534 Lynnfield Street in Lynn on January 8, 2018, one of the store clerks pursued the suspects as they escaped. The armed suspect then fired the handgun at the victim. At the robbery at the N & S Market at 549 Boston Street in Lynn on January 24, 2018, one of the store clerks wrestled with the suspects. The suspects repeatedly hit the victim with the semiautomatic pistol, and the victim received multiple injuries and was transported to the hospital by ambulance.

8.      We believe that targets of the investigation had cell phones on or near their persons in the course of committing the commercial robberies and we believe they were using them for

2

purposes of coordinating the robberies. The commercial robberies occurred in the greater Boston area during the periods of time set forth below.

### Broadway Variety, 469 Eastern Avenue, Chelsea on 12/28/2017

9.     On Thursday, December 28, 2017 at approximately 9:01 pm, two males entered the Broadway Variety at 469 Eastern Avenue in Chelsea wearing full concealing garments, including masks. Suspect #1 was of thin build, wore a black skeleton mask, black gloves, and white and black shoes, and possessed a silver gun. Suspect #2 was a heavy-set Hispanic male, wore purple gloves, a black skeleton mask, and black shoes, and had a black satchel slung across the front of his chest. Suspect #1 placed his hand on the clerk (Victim #1) and, while displaying the weapon toward Victim #1's head with his opposite hand, ordered Victim #1 to hand over the money. The suspects left with approximately $500 cash. Once they had money in hand, both suspects exited to the left of the store, the opposite direction from their initial approach, and then proceeded left on Carroll Street.

### Anthony's Market, 407 Meridian Street, East Boston on 12/28/2017

10.     Later on Thursday, December 28, 2017, at approximately 10:05 pm, two males entered Anthony's Market at 407 Meridian Street in East Boston wearing full concealing garments, including masks. Suspect #1 was of thin build, approximately 5'8"; was wearing a black skeleton mask, black gloves, and white and black shoes, with a black satchel slung across the front of his chest; and possessed an ASP baton. Suspect #2 was a thinly-built Hispanic male, approximately 5'8", who wore a black skeleton mask, purple gloves, and black shoes, and was armed with a silver semiautomatic handgun. The two suspects approached a store clerk (Victim #1) from behind. Suspect #2 actioned the slide on the semiautomatic handgun and told the store clerk to "get on your knees and don't look at my face". The suspects then took Victim #1's wallet containing $450

in cash and his iPhone 6 cellular phone. Suspect #2 then pointed the firearm at the store's cashier (Victim #2,) who was standing behind the register, and demanded cash from the register. Suspect #1 climbed the counter to get behind the register and stole approximately $3,200 cash from the register. Victim #1 and #2 were then ordered to lay prone on the ground. The suspects attempted to steal money from the lottery machine, to no avail. Suspect #2 stood by the front door and continued to observe outside. Suspect #2 observed the exterior for approximately one minute and then signaled to Suspect #1 to depart. The suspects fled from the store on foot toward Marion Street, where they got into a gray-colored sport utility vehicle. The vehicle fled on Marion Street, took a left possibly on Trenton Street, and proceeded in the direction of the Chelsea Street Bridge.

### Merengue Market, 197 Essex Street, Lynn on 1/2/2018

11.     On Tuesday, January 2, 2018, at approximately 9:23 pm, two males entered the Merengue Market at 197 Essex Street in Lynn wearing full concealing garments, including masks. Suspect #1 was a heavy-set Hispanic male; was wearing purple gloves, a black skeleton mask, and tan shoes; and had a silver-colored semiautomatic handgun with a black grip. Suspect #2 was of thin build; wore a black skeleton mask, black gloves; had a black and gray satchel slung across the front of his chest; and possessed an ASP baton. Two convenience store workers were present, one working the register (Victim #1), and one located down one of the aisles (Victim #2). When the suspects entered the store Suspect #1, approached Victim #1 at the register, actioned the slide on the semiautomatic handgun, and demanded money from the register. Suspect #2 forcefully moved Victim #2 from the aisle to a position in front of the register counter, placed him prone on the ground, and stole his iPhone cellular phone. Suspect #2 then jumped the counter and stole approximately $540 from the register. The suspects were in the store for approximately two minutes, and fled out of the store down Essex Street toward Porter Street.

4

### J&K Market, 140 Princeton Street, East Boston on 1/2/2018

12.     Later on Tuesday, January 2, 2018, at approximately 10:55 pm, two males entered the J&K Market at 140 Princeton Street in East Boston wearing full concealing garments, including masks. Suspect #1 was approximately 5'10"; wore a skeleton face mask and purple gloves; and had a grayish-colored handgun. Suspect #2 was approximately 5'10", wore a skeleton face mask and purple gloves, and had a black satchel. The store clerk (Victim #1) was working the register with multiple customers in the store. The suspects entered the store and Suspect #2 went behind the counter and told Victim #1 to open the register. Suspect #2 stole between $500 and $1,000 from the register. Suspect #1 displayed the handgun and pointed his firearm at Victim #1. Suspect #1 told Victim #1 to get on the ground, not to get up, and that he did not want him to see his face. A customer from within the store, Victim #2, had his wallet and some cash stolen by one of the suspects. The suspects then fled left onto Princeton Street.

### Sofia's Market, 76 Lewis Street, Lynn on 1/8/2018

13.     On Tuesday, January 8, 2018, at approximately 9:51 pm, two males entered Sofia's Market at 76 Lewis Street in Lynn wearing full concealing garments, including masks. Suspect #1 was a Hispanic male, approximately 5'9", who was wearing a skeleton face mask, a red hooded sweatshirt, and black gloves, and who possessed a silver semiautomatic handgun with a black grip. Suspect #2 was a Hispanic male with a larger build who wore a gray sweatshirt, a black mask, purple gloves, and gray and black sneakers with white laces, and had a black and gray satchel slung around the front. The suspects entered the store and Suspect #1 approached a store worker (Victim #1) who was working the register. Suspect #1 pointed the handgun at Victim #1 and actioned the slide on the semiautomatic handgun. Suspect #1 ordered Victim #1 to "get on the floor" and "stay calm". Victim #1 lay prone on the ground while Suspect #2 proceeded around the

5

side of the counter, opened the register, and began placing the money inside his satchel. Suspect #2 stated to Victim #1, "Tell me the truth. Where's the money?" Suspect #2 then grabbed a bag of money from under the register. The suspects stole approximately $500. The suspects were in the store for approximately two minutes before leaving.

### Shop Kwik, 534 Lynnfield Street, Lynn on 1/8/2018

14.     Later on Tuesday, January 8, 2018, at approximately 10:08 pm, two males entered the Shop Kwik at 534 Lynnfield Street in Lynn wearing full concealing garments, including masks. Suspect #1 wore a skeleton mask and purple gloves and possessed a silver semiautomatic handgun with a black grip. Suspect #2 was a more heavily-built male who wore a blue and gray winter coat, black gloves, a mask over his face, and gray and black sneakers with white laces. The suspects entered the store and Suspect #1 immediately actioned the slide on the semiautomatic handgun. Suspect #1 approached the counter and pointed the handgun at the store cashier (Victim #1). Suspect #1 then began pointing the weapon at customers within the store. Suspect #2 walked around the counter to the cash register area and took approximately $2,000. The suspects were in the store for approximately one minute before leaving. Victim #1 then chased the suspects out of the store and continued to pursue them down the street. The suspects ran down Lynnfield Street and proceeded right onto Dartmouth Street. Victim #1 said Suspect #2 fell to the ground while trying to enter a newer-model silver Nissan Murano. There were three other individuals not including the two suspects. Two people were in the front two seats (Suspects #3 and #4), and one person (Suspect #5) was in the rear seat. Suspect #1 got into the car, but then got back out of the car and pointed the handgun at Victim #1's feet. Suspect #1 fired one round toward Victim #1's feet. Suspect #1 got back into the Nissan Murano and fled the scene with all suspects. Lynn Police Department recovered a 9mm spent shell casing bearing the headstamp "HRTRS 9mm Luger".

## Charles Street Convenience, 429 Charles St., Malden on 1/17/2018

15.     On Wednesday, January 17, 2018, at approximately 6:28 pm, two males entered the Charles Street Convenience at 429 Charles Street in Malden wearing full concealing garments, including masks. Suspect #1 had a medium build and wore dark gloves, a dark mask, and a red hooded sweatshirt. Suspect #2 had a large build and wore a black mask, black gloves, and tan boots, and possessed a silver semiautomatic handgun with a black grip. Suspect #2 entered the store and stood in front of the counter and pointed the handgun at the store clerk (Victim #1) and told him to open the drawer. Suspect #1 went behind the counter and took approximately $500 cash out of the register and the lottery cash drawer.  The suspects then ran out of the store and out of Victim #1's line of sight.

## Posada Convenience, 69 Hancock Street, Everett on 1/17/2018

16.     Later on Wednesday, January 17, 2018, at approximately 7:16 pm, two males entered the Posada Convenience Store at 69 Hancock Street in Everett wearing full concealing garments, including masks. Suspect #1 was approximately 5'10" to 6'0" with a medium build; wore a black mask, a black glove on his right hand, and a purple glove on left hand; and possessed a silver semiautomatic handgun with a black grip. Suspect #1's black mask appears in surveillance photos to have white graphics around the eye area visually similar to the skeleton masks. Suspect #2 was approximately 5'10" to 6'0", had a large build, and wore a black mask, black gloves, and tan boots. Suspect #1 walked around the counter and approached the register with the handgun where a store worker (Victim #1) and her son (Victim #2) were seated. Suspect #1 demanded the money before opening up the lottery register, cash register, and another drawer under the cash register. Suspect #1 took approximately $600. The suspects exited the store, took a left on Hancock Street, and then a left onto Walnut Street before they were out of sight.

### N & S Market, 549 Boston Street, Lynn on 1/24/2018

17.    On Wednesday, January 24, 2018, at approximately 8:59 pm, two males entered the N & S Market at 549 Boston Street in Lynn wearing full concealing garments, including masks, and possessed at least one handgun. Suspect #1 was wearing a white hooded sweatshirt, light-colored jeans with fashion rips and tears, and black sneakers. Suspect #2 was wearing a black hooded sweatshirt and gray pants. Suspect #1 approach the store clerk (Victim #1) from around the side of the register counter. Victim #1 engaged in a physical altercation with Suspect #1. Victim #1 continued to wrestle with the suspects from inside the store, through the front entrance, and onto the exterior sidewalk. Victim #1 was thrown to the ground by one of the suspects and struck repeatedly with a handgun. The suspects fled the location without taking anything from the store. Victim #1 was transported to Union Hospital for treatment of his injuries by Atlantic Ambulance. Lynn Police retrieved surveillance images from an adjacent business and identified a silver late-model Nissan Murano driving in front of the store at around the time of the robbery.

### Two Brothers Market, 75 Marion St., East Boston on 1/24/2018

18.    Later on Wednesday, January 24, 2018, at approximately 10:05 pm, two males entered the Two Brothers Market at 75 Marion Street in East Boston wearing full concealing garments, including masks. Suspect #1 was wearing a white hooded sweatshirt, light-colored jeans with fashion rips and tears, black sneakers, and gloves. Suspect #2 was wearing a black hooded sweatshirt, gray Nike sweatpants, a black ski mask with a white design (possibly a skull), and black sneakers. The store clerk (Victim #1) stated to responding police that each suspect possessed and displayed a firearm. Suspect #1 walked around the store counter and accessed the cash register. Suspect #1 took approximately $2,000 and five packages of Newport 100 cigarettes. Suspect #2 remained outside of the clerk's area while keeping watch on the door and Victim #1. Both suspects

8

exited the store, crossed Marion Street, and proceeded onto Trenton Street. East Boston detectives canvassed nearby surveillance cameras and identified a silver late-model Nissan Murano driving in the area at the time of the robbery.

### D & T Convenience, 291 Shirley Street, Winthrop on 1/31/2018

19.     On Wednesday, January 31, 2018, at approximately 8:15 pm, two males entered the D & T Convenience at 291 Shirley Street in Winthrop wearing full concealing garments, including black masks with a skeletal design, and possessed at least one handgun. The handgun observed in the surveillance video is a silver semiautomatic handgun with a black grip. The suspects took approximately $2,800 and one pack of Newport Lights cigarettes.

### Amigo's Market, 355 Summer Street, Lynn on 2/7/2018

20.     On Wednesday, February 7, 2018, at approximately 7:36 pm, two males entered the Amigo's Market at 355 Summer Street in Lynn wearing full concealing garments, including masks, and possessed at least one handgun. The handgun observed was a silver semiautomatic handgun with a black grip. One suspect wore a black mask with a skeletal design. The suspects took approximately $1,500, 10 packs of Newport cigarettes, and four packs of Marlboro cigarettes.

### Video Canvass, 341 Summer Street, Lynn on 2/7/2018

21.     Later on Wednesday, February 7, 2018, at approximately 9:00 pm, surveillance video was obtained from a residence adjacent to the robbery at the Amigo's Market. The surveillance video displays a vehicle parked next to the residence on George Street at 7:24 pm. The video depicts the two suspects exiting the vehicle and approaching the store at 7:35 pm. The video further depicts the two suspects running back to the vehicle at 7:38 pm. The vehicle departed George Street and turned left, away from the direction of Amigo's Market. Close inspection of the

surveillance video reveals the vehicle depicted to be a dark-colored four-door sedan with ten-spoke wheels consistent with the design of a late-model Nissan Altima.

### TJ's Variety, 124 Lynnfield Street, Peabody on 2/8/2018

22.   On Thursday, February 8, 2018, at approximately 10:15 pm, two males entered the TJ's Variety at 124 Lynnfield Street wearing full concealing garments, including masks, and carrying at least one handgun. The handgun observed was a silver semiautomatic handgun with a black grip. The suspects wore black masks with a skeletal design. The suspects took approximately $740 and the store clerk's cellular phone.

### Eagle Hill Convenience, 215 Trenton Street, East Boston on 2/13/2018

23.   On Tuesday, February 13, 2018, at approximately 6:55 pm, two males entered the Eagle Hill Convenience at 215 Trenton Street in East Boston wearing full concealing garments, including masks, and carrying at least one handgun. The handgun observed was a silver semiautomatic handgun with a black grip. Both suspects wore black masks with a skeletal design. The suspects took approximately $400.

### Quetzal Market, 173 Broadway Street, Everett on 2/15/2018

24.   On Thursday, February 15, 2018 at approximately 8:25 pm, two males entered the Quetzal Market at 173 Broadway Street wearing full concealing garments to include black masks and at least one handgun. The handgun observed was a silver semiautomatic handgun with a black grip. Upon entry to the store, the suspect possessing the handgun actioned the semiautomatic slide and pointed the weapon at the victim and the victim's infant son. One suspect spoke Spanish and the other suspect spoke English. The suspects took approximately $477 from the store.

### 2017 Nissan Murano, Enterprise Rent-A-Car

25.     Following an inquiry by the Lynn Police Department, Enterprise Rent-A-Car Regional Operations conducted a search for 2015-2017 Nissan Muranos rented in the greater Boston area that were rented out on January 8, 2018 (when the Shop Kwik victim at whom one of the suspects fired saw the suspects getting into a new-model silver Murano) and January 24, 2018 (when video surveillance from the scenes of both the Lynn and the East Boston robberies revealed a late-model silver Nissan Murano operating in the area). The inquiry was narrowed further to non-MA registered vehicles given that surveillance video revealed the absence of both a front license plate and a MA inspection sticker. Only one vehicle fit these criteria: a silver 2017 Nissan Murano with Florida registration AEUK46, VIN# 5N1AZ2MG6HN109442, which was rented out of the Enterprise Rent-A-Car location at 55 American Legion Highway B, Revere, MA. The vehicle was rented to a witness ("CW-1") having a home address in Chelsea, MA. The vehicle was rented to CW-1 on December 20, 2017, re-dispatched to CW-1 on January 17, 2018, and returned by CW-1 on January 30, 2018, at which time it was rented to a new customer. On February 7, 2018, the FBI received the name of the customer. A search query resulted in the cellular telephone number of the customer. Upon contact, the customer agreed to meet agents of the FBI in order to inspect the vehicle. Upon inspection, the vehicle exhibited identical markings as displayed on surveillance video obtained from December 28, 2017 through January 24, 2018. Enterprise Rent-A-Car consented to a search of the vehicle. On February 8, 2018, the FBI's Evidence Response Team searched the vehicle and discovered a 9mm Luger cartridge manufactured by HRTRS under the passenger side floor mat. The headstamp, "HRTRS 9mm Luger," is identical to the headstamp on the shell casing recovered from the robbery at Shop Kwik, 534 Lynnfield St, Lynn, on January 8, 2018. In total, 24 items were seized from the vehicle.

11

26.     On February 9, 2018, surveillance video from the cameras at the Enterprise Rent-A-Car location at 55 American Legion Highway B, Revere, MA, was obtained. The video reflects CW-1's re-dispatch of the Nissan Murano on January 17, 2018, and CW-1's return of the vehicle on January 30, 2018. On each occasion, CINTRON was accompanying CW-1, and on each occasion, CINTRON was the driver of the vehicle.

### Cell Tower Call Records

27.     Based on an Order issued on January 26, 2018 for information regarding the wireless devices that registered with cell towers near the locations and general time-frames of the robberies the occurred between December 28, 2017 and January 24, 2018, cell tower log records were received that revealed two telephone numbers that registered with six different cell towers on four different days. Two of those six locations were in the areas of, and at the times of, the Everett and the Malden robberies that occurred on January 17, 2018. The number (617) 306-5761 ("Target Number 5761") is one of the numbers that registered with, or "hit off," the six locations. We believe the cell phone having this number was being used at the time by RIGOBERTO RAMIREZ ("RAMIREZ"), based in part on the fact that RAMIREZ was the subscriber for a cell phone with number 781-924-9331 which was active until the end of 2017; the fact that the top two callers associated with the telephone of his girlfriend, SHANTEL CLAUDIO, were 781-924-9331, until the end of 2017, and then, beginning in early 2018, Target Number 5761; and the fact that these calls essentially stopped after RAMIREZ was arrested on unrelated charges on or about February 5, 2018 (although the phone is still in use).[1] All of the

---

[1] The subscriber for Target Number 5761 is purportedly "Migo Cucuta" at 103 Congress Avenue, Chelsea, MA. It is believed this may be a fictitious identity. Two people with the last name "Claudio," believed to be relatives of SHANTEL CLAUDIO, live at the similar address of 130 Congress Avenue, Chelsea, MA. In any event, as indicated above, RAMIREZ appears actually to have been using the phone during the relevant time period.

"hits" occurred before RAMIREZ was arrested. Further research into RAMIREZ in "Inmate Web" shows that RAMIREZ lists CINTRON as a "friend". Further research obtained from the obituary of RAMIREZ's brother, CARLOS RAMIREZ-VALENTIN, reflects CINTRON as RAMIREZ's uncle.

28. According to the records described above and records obtained based on an Order issued on February 20, 2018, the cellular telephone subscribed to CINTRON and having the telephone number 617-955-5079 (Target Device 1) registered with seven different cell towers near the locations of, and during the general time-frames of, seven of the robberies that occurred on seven different days. CINTRON has a criminal record in Massachusetts, and booking information lists his family's last known address as 58 Bellingham Street, Chelsea, MA, which is near to CW-1's address. CINTRON's criminal history includes a 2004 conviction in Suffolk Superior Court for trafficking in cocaine, for which he received a sentence of imprisonment of three years to three years and a day; a 2004 conviction for possession of a firearm, for which he initially received a two-year sentence of probation but for which he ultimately received a sentence of 15 months in the House of Correction based on a violation; a 1994 juvenile adjudication from East Boston Juvenile Court for armed assault with a gun with intent to rob; and a 1994 juvenile adjudication from Suffolk Juvenile Court for unarmed robbery.

*Target Number 5761*

### Specific Cell Tower and Call Record Analysis of Target Device 1 and 2

29. As a result of the Order issued on February 20, 2018, and an Order issued on February 23, 2018, with respect to Target Number 5761, the FBI obtained records, including call detail records and subscriber information, associated with Target Device 1 for the time frame of November 15, 2017 through February 19, 2018, and for Target Number 5761 for the time frame of November 15, 2017 through February 21, 2018. The FBI conducted a historical cell site

analysis of these call detail records, which contained cell site information, that were provided by

Verizon. The following is a summary of the historical cell site analysis with respect to Target

Number 5761 and Target Device 1 (all listed times are approximate): [2]

- Robbery 1 / 469 Eastern Avenue, Chelsea, MA / 12-28-17 @ 9:01 p.m.
  - Target Number 5761 was not activated until December 31, 2017 and therefore records do not exist for this robbery.
  - Target Device 1 was located in the immediate vicinity of the crime scene at 8:54 p.m.
- Robbery 2 / 407 Meridian Street, East Boston, MA / 12-28-17 @ 10:05 p.m.
  - Target Number 5761 was not activated until December 31, 2017 and therefore records do not exist for this robbery.
  - Target Device 1 was located in the immediate vicinity of the crime scene at 10:05 p.m.
- Robbery 3 / 197 Essex Street, Lynn, MA / 1-2-18 @ 9:23 p.m.
  - Target Number 5761 was inactive during the time of the robbery and therefore its location cannot be determined.
  - Target Device 1 was located in the immediate vicinity of the crime scene at 8:35 p.m., 8:43 p.m., and 8:50 p.m. The phone has no other activity through 10:00 p.m.
- Robbery 4 / 140 Princeton Street, East Boston, MA / 1-2-18 @ 10:55 p.m.
  - Target Number 5761 was located in the immediate vicinity of the crime scene at 10:50 p.m.
  - Target Device 1 was inactive during the time of the robbery, but was located in Revere at 10:05 p.m. after having been located in the vicinity of Robbery 3 in Lynn MA earlier in the night. There is no other activity through 12:30 a.m. on 1-3-18.
- Robbery 5 / 76 Lewis Street, Lynn, MA / 1-8-18 @ 9:51 p.m.
  - Target Number 5761 was located in the immediate vicinity of the crime scene at 9:43 p.m.
  - Target Device 1 was inactive during the time of the robbery and therefore its location cannot be determined.
- Robbery 6 / 534 Lynnfield Street, Lynn, MA / 1-8-18 @ 10:08 p.m.
  - Target Number 5761 was inactive during the time of the robbery and therefore its location cannot be determined.

---

[2] A historical cell site analysis is defined as an analysis of cellular records for the purpose of identifying the general vicinity of a phone's location when it connected to a cellular network. This type of analysis requires records from the cellular provider which contain, in addition to other information, the cellular tower and sector of the tower through which the phone connected to the network for a given voice call, text message, and/or data connection. The general location of the phone is determined by estimating the cellular coverage area of the specified cell tower/sector, also known as a cell site.

14

- o Target Device 1 was inactive during the time of the robbery and therefore its location cannot be determined.
- Robbery 7/ 429 Charles Street, Malden, MA / 1-17-18 @ 6:28 p.m.
  - o Target Number 5761 was located in the immediate vicinity of the crime scene at 6:21 p.m.
  - o Target Device 1 was inactive during the time of the robbery and therefore its location cannot be determined.
- Robbery 8 / 69 Hancock Street, Everett, MA / 1-17-18 @ 7:16 p.m.
  - o Target Number 5761 was located in the immediate vicinity of the crime scene at 7:00 p.m.
  - o Target Device 1 was inactive during the time of the robbery and therefore its location cannot be determined.
- Robbery 9 / 549 Boston Street, Lynn, MA / 1-24-18 @ 8:59 p.m.
  - o Target Number 5761 was inactive during the time of the robbery and therefore its location cannot be determined. However, Target Number 5761 was located in the immediate vicinity of Target Device 1 in Malden, MA shortly after the robbery at 9:18 p.m.
  - o Target Device 1 was located in the immediate vicinity of the crime scene at 8:49 p.m.
- Robbery 10/ 75 Marion Street, East Boston, MA / 1-24-18 @ 10:05 p.m.
  - o Target Number 5761 was inactive during the time of the robbery and therefore its location cannot be determined.
  - o Target Device 1 was located in the immediate vicinity of the crime scene at 10:04 p.m.
- Robbery 11 / 291 Shirley Street, Winthrop, MA / 1-31-18 @ 8:15 p.m.
  - o Target Number 5761 was not located at the crime scene. It was located in Lynn MA at the time of the robbery.
  - o Target Device 1 was located in the immediate vicinity of the crime scene at 8:10 p.m.
- Robbery 12 / 355 Summer Street, Lynn, MA / 2-7-18 @ 7:36 p.m.
  - o RAMIREZ was incarcerated during this time and therefore Target Number 5671 was inactive.
  - o Target Device 1 was inactive during the time of the robbery and therefore its location cannot be determined. However, it was located northeast of the crime scene in Salem MA at 8:21 p.m.
- Robbery 13 / 124 Lynnfield Street, Peabody, MA / 2-8-18 @ 10:15 p.m.
  - o RAMIREZ was incarcerated during this time and therefore Target Number 5761 was inactive.
  - o Target Device 1 was located just north of the crime scene at 9:40 p.m. in Peabody MA (believed to be away from CINTRON's nearby residence at 71 Avalon Drive, Peabody, MA). However, there is no additional activity closer to the time of the robbery.
- Robbery 14 / 215 Trenton Street, East Boston, MA / 2-13-18 @ 6:55 p.m.
  - o RAMIREZ was incarcerated during this time and therefore Target Number 5761 was inactive.

- o Target Device 1 was located in the immediate vicinity of the crime scene at 6:55 p.m.
- Robbery 15 / 173 Broadway, Everett, MA / 2-15-18 @ 8:25 p.m.
  - o Target Number 5761 was being utilized on this date but not during the time of the robbery. Since RAMIREZ was still incarcerated during this time, investigators believe someone else began utilizing Target Number 5761.
  - o Target Device 1 was located in the immediate vicinity of the crime scene at 8:14 p.m.

## Interview of CW-1

30.　On February 14, 2018, CW-1 was interviewed by agents of the FBI. During the interview, CW-1 said, in substance and among other things, that he rented the Murano for a friend named "Lou," whose telephone number is 617-955-5079, Target Device 1. As noted previously, Target Device 1 is subscribed to CINTRON. A photograph of CINTRON from an Inmate Web printout was shown to CW-1, and he positively identified the person depicted in the photograph as CINTRON. CW-1 was also shown photographs of Enterprise Rent-A-Car surveillance video from January 17, 2018 and January 30, 2018, and he positively identified the person he accompanied in the videos as CINTRON. CW-1 indicated that CINTRON rented a White Toyota Camry over the phone using CW-1's credit card and used the car for three weeks. CW-1 indicated that CINTRON renewed the rental contract and exchanged the Camry for a late-model black or charcoal grey Nissan Altima, which is consistent with the vehicle depicted in the surveillance video recovered from the residence adjacent to the robbery at Amigo's Market at 355 Summer Street in Lynn on February 7, 2018.

## The Arrest

31.　At approximately 9:35 p.m. on March 9, 2018, Massachusetts State Troopers Falzone and Lucas stopped the Nissan Altima on Route 16 in Everett after observing the operator, who proved to be CINTRON, driving with his cell phone directly in front of his face as

he appeared to be composing a text message. Trooper Lucas approached the driver's side and immediately noticed a white powder all around CINTRON's mouth. Trooper Lucas requested CINTRON's license and registration, and CINTRON said he did not have his license on him. When asked to whom the vehicle belonged, CINTRON said his uncle had rented it. When Trooper Lucas asked for CINTRON's name and date of birth, he said his name was "Jose Ramos," and upon being asked a second time for his date of birth, said "I don't remember." Trooper Lucas asked why he did not know his date of birth, and CINTRON replied that he did not have a license.

32. Trooper Lucas had CINTRON get out of the Altima. As CINTRON was getting out, Trooper Lucas observed a firearm holster with a pocket knife in it. CINTRON was placed in handcuffs. The troopers recovered from his right sweatpants pocket a clear plastic bag containing a white powder that, based on their training and experience, the troopers believed to be cocaine. CINTRON was transported to the State Police barracks in Medford where he was booked and read his Miranda rights. CINTRON gave his true name and the troopers determined that his license was suspended in Massachusetts. CINTRON was asked if he swallowed any narcotics during the stop and he said, "Yeah, some cocaine."

33. Members of the State Police inventoried the Altima prior to towing. Among other things, they recovered the firearm holster; the pocket knife; a key to a U-Haul vehicle; a laptop computer; two cell phones, including Target Device 1; and a box for a 9mm Ruger handgun, serial number 316-56986, that contained an empty 9mm magazine.

34. CINTRON was charged with possession of a class B substance with intent to distribute, with operating a motor vehicle with a suspended license, with operating a motor

vehicle while sending or reading an electronic message, and with possession of a large capacity weapon or feeding device.

35.    Based on the U-Haul key recovered from the Altima, members of the FBI located a U-Haul truck rented to CINTRON parked in the vicinity of 795 Salem Street, Malden, MA after CINTRON's arrest. The back of the U-Haul truck was unlocked. It appeared to contain furniture and other household items. We believe CINTRON likely was in the process of moving items from unit 719 at Extra Space Storage, 640 Broadway, Saugus, MA by means of the U-Haul. Subsequent searches of the U-Haul truck and a storage unit rented by CINTRON at Extra Space Storage did not reveal the firearm or other evidence of the robberies.

### ATF Firearm Analysis

36.    On March 10, 2018, a member of Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") reviewed a photograph of the gun box with corresponding serial number that was recovered in CINTRON's vehicle by MSP during CINTRON's March 9, 2018 arrest. The box included identifying information on a sticker attached to the side of the box. ATF submitted trace requests based on the information found on the sticker. ATF stated the information on the sticker relates to a Ruger 9mm P95 pistol.

37.    On March 14, 2018, a member of Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") reviewed a still image of the handgun brandished in the commission of one of the said armed robberies. ATF determined that firearm as seen in the surveillance video has a similar outline and features of a Ruger P95, which was the model firearm as displayed on the recovered firearm box, and determined that the firearm in images was a Ruger 9mm handgun.

38.    On March 14, 2018, a representative from Ruger Legal Department advised that Ruger firearm with Serial number 316-56986 was manufactured as a SKU 13015 / Catalog

18

number P95PR15. This model would have been shipped from the factory with a blued slide and black plastic frame. This model would have had a picatinny rail molded into the underside of the dustcover towards the muzzle. Ruger provided a photo of a Ruger firearm similar to firearm described above; said picture was of a firearm with a black lower receiver and black slide. Accordingly, while initially we believed that the gun box was for a firearm consistent with the silver firearm with the black grips observed in some of the surveillance footage, the box is for a very similar Ruger 9mm firearm but one that as manufactured had a black rather than silver slide.

### Interview of CW-2

39.    On March 12, 2018, another witness ("CW-2") was interviewed by agents of the FBI. During the interview, CW-2 said, in substance and among other things, that CW-2 has known CINTRON for many years. CINTRON is the parent of CW-2's child. CW-2 provided the following information:

        a.  CW-2 was shown a still image of an individual in a grey hooded sweatshirt with dark colored satchel style backpack during the commission of the 01/08/2018 armed robbery of Sofia Market in Lynn, MA. CW-2 stated said individual looks like "Rigoberto," known to interviewing officials as RIGOBERTO RAMIREZ. When asked how CW-2 recognized the individual CW-2 identified as Rigoberto, and CW-2 stated that CW-2 recognized the nose, that he (Rigoberto) was huge, and that CW-2 knows him (Rigoberto).

        b.  CW-2 was shown a still image of vehicle known to investigators as a light colored Nissan Murano used in the commission of armed robberies on January 8, 2018 and January 24, 2018. CW-2 stated that in December 2017

19

or January 2018, CW-2 saw CINTRON driving a similar looking Nissan Murano.

c. CW-2 was shown a still image of an unknown individual in a dark colored hooded sweatshirt wearing purple gloves during the commission of the 12/28/2017 armed robbery of Broadway Variety in Chelsea, MA. CW-2 stated said individual looks like "Rigoberto" and that he has the body of Rigoberto.[3]

d. CW-2 was shown a still image of an unknown individual in a dark colored long sleeved shirt, purple gloves and a black Red Sox hat during the commission of the 12/28/2017 armed robbery of the Anthony's Market in East Boston. CW-2 stated that the individual depicted looked like "Luis" and has his muscular body. CW-2 recognized the skull mask to be similar to the skull masks he (Cintron) owns and wears to cover his face while riding his motorcycle.

e. CW-2 was shown a still image of an unknown individual in a dark colored long sleeved shirt, wearing a dark colored hat, and face mask during the commission of the 02/15/2018 armed robbery of Quetzal Market in Everett, MA. CW-2 stated said individual looks like "Luis," who has same muscular build as depicted in the image. Furthermore, CW-2 stated that Luis wears a lot of black and navy hats.

---

[3] In an interview on March 13, 2018, RAMIREZ, in substance and among other things, denied having committed robberies and denied that he was the person depicted in still images from robberies.

f.  CW-2 reviewing still surveillance images from the D&T Market on 01/31/2018 in Winthrop, MA and the Amigo's Market on 02/07/2018 in Lynn, MA.  CW-2 stated that the skull masks worn by the individual depicted are similar to those owned by Luis and worn while riding his motorcycle.

**Cintron's Clothing Day of the Arrest**

40.     During the March 9, 2018 MSP arrest of CINTRON, CINTRON was observed wearing, in part, black Nike sweatpants with a Nike Swoosh on the front upper left side of said sweatpants and a pair of black and grey Nike AirMax sneakers.  Video and surveillance photographs from four robberies depict a subject wearing a pair of black sweatpants, three of said robberies with visible corresponding Nike Swoosh, and black and grey sneakers.  Specifically, the subject was viewed wearing the black sweatpants and black and grey sneakers during the following robberies: Anthony's Market, E. Boston, MA on 12/28/2017; Two Brother's Market, E. Boston, MA on 01/24/2018; D&T Market, Winthrop, MA on 01/31/2018; and Quetzal Market, Everett, MA on 02/15/2018.

**Conclusion**

41.     Based on the foregoing, I believe there is probable cause to believe LUIS CINTRON, DOB XX/XX/1979, did, between December 28, 2017 and February 15, 2018, in the District of Massachusetts, obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, in violation of 18 U.S.C. § 1951, and did use a carry a firearm during and in relation to said crime of violence, and possess a firearm in furtherance of said crime of violence, in violation of 18 U.S.C. § 924(c).

I, Thomas J. Zukauskas, having signed this Affidavit under oath as to all assertions and allegations contained herein, state that its contents are true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

Thomas J. Zukauskas, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 15th day of March, 2018.

HONORABLE DAVID H. HENNESSY
Chief United States Magistrate Judge