

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

January 7, 2019

**BY EMAIL**

Michael L. Tumposky, Esq.
Jessica Hedges, Esq.
Hedges & Tumposky LLP
Suite 600
50 Congress Street
Boston, MA 02109

   Re: United States v. Luis Cintron
     Criminal No. 18-10124-IT

Dear Counsel:

  We previously have provided materials relating to the following areas: DNA, fingerprints, controlled substances, cell site location information ("CSLI"), AND cell phone extraction. We provide here summaries of testimony we expect to adduce at trial regarding these areas, as well as THE distribution of controlled substances.





**5. FBI Special Agent  Ryan Burke**

FBI Special Agent Ryan Burke will testify regarding his education, training, and experience as set forth in his CV, including particularly his training, instruction, and experience

as a member of the FBI Cellular Analysis Survey Team ("CAST"). This includes over 350 hours of training and instruction with respect to cellular record analysis, geospatial mapping, radio frequency theory, cellular network architecture, and drive-testing equipment. This also includes specific CAST training certification and recertification. Special Agent Burke has also received training from RF Engineers and law enforcement support personnel from AT&T, Sprint, T-Mobile, US Cellular, and Verizon. The training included instruction on network capabilities, record interpretation, and a guided-tour of a mobile switching center.

In sum and substance, Special Agent Burke will testify that each major cellular provider operates its own network. A network consists of switching equipment and towers. Towers are assigned to certain areas to provide coverage and are so spaced as collectively to provide coverage to all areas. There are more towers in areas that are more heavily populated and fewer towers in areas less heavily populated. Most towers have three sectors, each of which has a signal that is unique and distinct from other signals in the area.

Special Agent Burke will describe generally how a cellular telephone engages a tower. In sum and substance, he will testify that a cellphone is always scanning its environment for cell signal. The phone is able to identify not only the cell tower from which the signal is originating but also the sector of that tower from which the signal is coming. The phone constantly scans and assesses the signal so that when the user either makes or receives a call, the phone already "knows" which signal it will choose. A phone will always "choose" the cleanest and clearest signal it can detect, which often is from the tower closest to the phone.

When a phone engages a cell tower, the cellular provider records certain information, including the date, the time, the tower, and the tower sector involved in the particular call. The records containing this information are called call detail records and/or engineering records (RTT, PCMD, TrueCall, and so forth). Such records are created only when the phone actually engages the tower sector, i.e., is active, such as when a call is made or received. The cellular providers also maintain lists of the locations of their towers, including latitude/longitude and sector orientations.

Special Agent Burke will testify, in sum and substance, that he can use these records to determine the approximate location of a cell phone at a particular time that it was used, based on the tower and sector of the tower that was used and estimating the coverage area of the tower/sector that was used. Special Agent Burke is not able to determine where a phone was located 24 hours a day, 7 days a week, nor can he pinpoint the exact location of a phone at the time it was used; he can only determine an approximate area in which the phone was located, as well as places where it was not located.

Special Agent Burke uses cellular telephone technology in his work on a daily basis. Special Agent Burke has provided instruction in the area: he provides on-the-job training to interested investigators and also has delivered historical cell site presentations to detective bureaus and law enforcement executive meetings. Special Agent Burke has successfully located people in real time using this type of analysis. Special Agent Burke has testified as an expert witness 12 times, including once in the District of Massachusetts, three times in the District of Nevada, and once in Suffolk County.

Special Agent Burke will testify that he was asked to conduct a historical cell site analysis for this case, specifically, to determine the approximate locations of two cellular phones in relation to 15 armed robberies: a phone assigned number ending in 5079, for which Verizon wireless was the service provider, and a phone assigned number ending in 5761, for which AT&T was the service provider.

Special Agent Burke will testify that he prepared a PowerPoint presentation that contains the results of his analysis and will explain what is set forth on each page. Special Agent Burke will testify that the second page sets forth the locations of cell towers for Verizon (red) and AT&T (blue) for the relevant time period. The third page contains photographs of two types of cell towers. The fourth page illustrates that the area of coverage of a cell tower sector is larger when the neighboring cell towers are far apart and smaller when the neighboring cell towers are closer together. The fifth page sets forth part of the map legend, including a red circle denoting a Verizon cell tower; a red symbol denoting the sector utilized by the phone ending in 5079 on a particular occasion or occasion; a blue circle denoting an AT&T cell tower; and a blue symbol denoting the sector utilized by the phone ending in 5761 on a particular occasion or occasions. The sixth page sets forth the remaining part of the map legend, providing numbers from 1 to 15 to designate the location of each of the victim convenience stores.

Special Agent Burke will testify that he examined Verizon records (with respect to the phone ending in 5079) and AT&T records (with respect to the phone ending in 5761) and determined which cell tower sectors those phones engaged, if any, during a period of time before, during, and after a particular robbery. Special Agent Burke illustrated his findings on maps appropriate to each of the 15 robberies.

Page 8 illustrates, among other things, that the phone ending in 5079 utilized the Verizon cell tower closest to Broadway Variety, and the sector of that tower that providing coverage to that store, at approximately 8:54 p.m. on December 28, 2017,

Page 9 illustrates, among other things, that the phone ending in 5079 utilized the Verizon cell tower closest to Anthony's Market at around 10:06 p.m. on December 28, 2017.

Page 10 illustrates, among other things, that the phone ending in 5079 utilized the Verizon cell tower closest to Merengue Market at around 8:35 p.m. and 8:43 p.m. on January 2, 2018.

Page 11 illustrates, among other things, that the phone ending in 5079 was not active during the time period examined for this map. It further illustrates, among other things, that the phone ending in 5761 utilized the AT&T cell tower closest to the J&K Market, and in some cases the sector of that tower providing coverage to the store, at around 10:33 p.m., 10:49 p.m., 10:50 p.m., and a few seconds later on January 2, 2018.

Page 12 illustrates, among other things, that the phone ending in 5079 was not active during the time period examined for this map. It further illustrates, among other things, that the

phone ending in 5761 utilized the AT&T cell tower closest to Sofia's Market, and the sector of that tower providing coverage to the store, at around 9:43 p.m. on January 8, 2018.

Page 13 illustrates, among other things, that neither phone was active during the time period examined for the map.

Page 14 illustrates, among other things, that the phone ending in 5079 was not active during the time period examined for this map. It further illustrates, among other things, that the phone ending in 5761 utilized the AT&T cell tower closest to Charles Street Convenience, and the sector of that tower providing coverage to the store, twice at around 6:21 p.m. on January 17, 2018.

Page 15 illustrates, among other things, that the phone ending in 5079 was not active during the time period examined for this map. It further illustrates, among other things, that the phone ending in 5761 utilized the AT&T cell tower, and on some occasions the sector of that tower providing coverage to the store, at approximately 6:50 p.m. and then three more times at approximately 7:00 p.m. on January 17, 2018.

Page 16 illustrates that the phone ending in 5079 utilized the Verizon cell tower closest to the N&S Market, and the sector of that tower providing coverage to the store, at approximately 8:49 p.m. on January 24, 2018, and that it utilized another Verizon cell tower in the area at around 9:19 p.m. on that date. It also shows, among other things, that the phone ending in 5761 utilized an AT&T cell tower in the area at around 9:15 p.m. on January 24, 2018, and another cell tower in the area at around 9:18 p.m. and 9:19 p.m.

Page 17 illustrates, among other things, that the phone ending in 5079 utilized the Verizon cell tower closest to Two Brothers Market, and the sector of that tower providing coverage to the store, twice at around 10:04 p.m. on January 24, 2018.

Page 18 illustrates, among other things, that the phone ending in 5079 utilized the Verizon cell tower closest to D&T Convenience, and the sector of that tower providing coverage to the store, at around 8:10 p.m. on January 31, 2018, and that it utilized another Verizon cell tower in the area twice at around 8:18 p.m. on that date. It also illustrates, among other things, that the phone ending in 5761 utilized an AT&T cell tower in Lynn at around 8:14 p.m. and a different tower in Lynn three times at around 8:02 p.m., at around 8:21 p.m., and twice at around 8:22 p.m.

Page 19 illustrates, among other things, that neither phone was active during the time period on February 8, 2018 examined for this map, and page 20 illustrates the same with respect to the later time period on February 8, 2018 examined for that map.

Page 21 illustrates, among other things, that the phone ending in 5079 utilized the Verizon cell tower closest to Eagle Hill Convenience at around 6:44 p.m. on February 13, 2018.

Page 22 illustrates, among other things, that the phone ending in 5079 utilized the two Verizon cell towers closest to the Quetzal Market, the sector of one of the towers providing

8

coverage to the store, and on some occasions the sector of the other tower providing coverage to the store, on 21 occasions between around 8:20 p.m. and 8:26 p.m. on February 15, 2018. It also illustrates, among other things, that the phone ending in 5079 utilized other cell towers in the area between 8:26 p.m. and 8:29 p.m.

